# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VERA,<br><br>        Petitioner,<br><br>   v.<br><br>STUART J. RYAN, et al.,<br><br>        Respondents. | 1:04-cv-06349-OWW-TAG HC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS (Doc. 15) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On October 1, 2004, Petitioner filed the instant Petition. (Doc. 1). On May 2, 2005, the Court issued a Report and Recommendations that the Petition be dismissed with prejudice as untimely and in violation of the one-year statute of limitations in 28 U.S.C. § 2244(d), and to deny various related miscellaneous motions. (Doc. 13). The Report and Recommendations afforded all parties a thirty-day period within which to file objections, or until June 6, 2005. (Id.). On May 16, 2005, Petitioner filed a motion for a thirty-day extension of time to file objections to the Magistrate Judge's Report and Recommendations. (Doc. 15). Petitioner alleges in his motion that the prison in which he is presently incarcerated has been in "lock down" status, which has limited his access to the prison law library and thus prevented his filing timely

1 objections to the Report and Recommendations. (Id.).

2     Although Petitioner still has ample time to file objections within the original time period,
3 given his current difficulties in obtaining access to the prison law library, the Court will grant his
4 request for a thirty-day extension of time.

5     **ORDER**

6     Good cause appearing therefore, the Court HEREBY ORDERS that Petitioner's Motion
7 for Extension of Time of thirty (30) days to file objections to the May 2, 2005 Report and
8 Recommendations, is GRANTED (Doc. 15), up to an including July 6, 2005.

10 IT IS SO ORDERED.

11 **Dated:   May 19, 2005**             /s/ Theresa A. Goldner
    j6eb3d                      UNITED STATES MAGISTRATE JUDGE