# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VERA,<br><br>        Petitioner,<br><br>  v.<br><br>STUART J. RYAN, et al.,<br><br>        Respondents. | 1:04-cv-06349-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 13)<br><br>ORDERS DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) AND MISCELLANEOUS MOTIONS (Docs. 8, 9, 10, and 11)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**<u>PROCEDURAL HISTORY</u>**

On October 1, 2004, Petitioner filed the instant Petition. (Doc. 1). On May 2, 2005, the United States Magistrate Judge issued a Report and Recommendations that the Petition be dismissed with prejudice as untimely and in violation of the one-year statute of limitations in 28 U.S.C. § 2244(d). (Doc. 13). The Report and Recommendations were served on all parties and

1 contained notice that any objections were to be filed within thirty days from the date of service of
2 that order. (Id.).  On May 11, 2005, nine days after the Court issued its Report and
3 Recommendations, Petitioner filed a Notice of Appeal in the United States Court of Appeals for
4 the Ninth Circuit. (Doc. 14).  On July 11, 2005, while his appeal was pending, Petitioner filed
5 objections to the Magistrate Judge's Report and Recommendations.  (Doc. 22).  On September
6 12, 2005, the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of
7 appealability.  (Doc. 23).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations issued May 2, 2005 (Doc. 13), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

3. The miscellaneous motions addressed in the Report and Recommendations (Docs. 8, 9, 10, and 11), are DENIED as MOOT; and

4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 26, 2005**                    /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE